## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Trina M. Taylor,

              Plaintiff,

v.

L.A. Fitness International, LLC,
d/b/a LA Fitness,

              Defendant.

Civil No. 09- 2762 (RHK/SRN)

**ORDER**

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 25), **IT IS ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge